IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | **Criminal No. 1:21-cr-00391-BAH** |
| LEONARD GRUPPO | § | |

**<u>NOTICE FOR ENTRY OF APPEARANCE AS COUNSEL</u>**

On June 21, 2021, Chief Judge Beryl A. Howell granted the Motion for Pro hac vice admission of Mr. Daniel R. Lindsey, Esq. Please enter the appearance of Daniel R. Lindsey, in this matter as attorney of record as well as Camille Wagner, Esq., as the D.C. attorney of record.

Date: June 21, 2021                               Respectfully submitted,

<u>/s/ Daniel R. Lindsey</u>
Daniel R. Lindsey SBOT: 24001012
danlindsey@suddenlink.net
**Lindsey Law Firm, L.L.C.**
920 Mitchell Street
Clovis, New Mexico 88101
Office: (575) 763 8900
Fax: (575) 763 1771
ATTORNEY FOR DEFENDANT


<u>/s/ Camille Wagner</u>
Camille Wagner (DC Bar 1659390)
Wagner PLLC
1629 K Street, Suite 300
Washington, DC 20006
(202)630-8812
law@myattorneywagner.com
Attorney for Defendant

Notice For Entry of Appearance as Counsel                                                                 1

## CERTIFICATE OF SERVICE

I, Camille Wagner, hereby certify a true and correct copy of the foregoing Notice for Entry of Appearance as Counsel was forwarded to the Assistant United States Attorney's Office via ECF on this the 21 day of June, 2021.

/s/ Camille Wagner  
Camille Wagner
